UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
CIVIL ACTION NO. 3-15 0178

RECEIVED IN CLERK'S OFFICE MAR 20 2015 U.S. DISTRICT COURT MID. DIST. TENN.

CRAIG CUNNINGHAM,
    Plaintiff,

v.

ENDLESS ACCESS, LLC, ENDLESS ACCESS DISTRIBUTORS, LLC, SAVEONRESORTS.COM, LLC, SCOTT BOYKIN, A.J. MATHIS, JOHN/JANE DOES 1-5, TRAVELLINK CORP., OLEN MILLER, JOHN/JANE DOES 1-3,
    Defendants.

3:15-0178

NOTICE OF VOLUNTARY DISMISSAL

Please take notice that plaintiff hereby voluntarily dismisses this action pursuant to *Rule 41(a)(1)(A) of the Rules of Civil Procedure*, WITH PREJUDICE.

This the 17th day of March, 2015.

CRAIG CUNNINGHAM
5543 Edmondson Pike, Suite 248
Nashville, TN 31211

5543 Edmondson Pike
Ste 248
Nashville TN 37211

US District Court
801 Broadway
Nashville TN 37203

NASHVILLE TN 370

37203583500